December 16, 2024

Re: *Lamparelli v. Manzello, et al.*, Case No. 1:23-cv-05281

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block,

We write on behalf of all the parties in the above-captioned matter to provide an update on the parties' settlement discussions and to respectfully request more time to paper a settlement agreement.

On October 16, 2024, the Court ordered the parties to either file their voluntary dismissal or a status report letter as to their settlement by December 16, 2024. The parties have reached an agreement in principle on terms of settlement and are in the process of papering a settlement agreement that will resolve all the claims in this matter. Upon completion, the parties intend to file a notice of settlement and voluntary dismissal with the Court.

Though the parties are endeavoring to reduce the settlement to writing as soon as possible, we now respectfully request that the Court extend the deadline for submission of a joint proposed case management schedule by an additional sixty days.

Respectfully submitted,

By: */s/ Amelia T.R. Starr*
Amelia T.R. Starr
Craig T. Cagney
Quentin J. Ullrich
John Chapman III
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
craig.cagney@davispolk.com
amelia.starr@davispolk.com
quentin.ullrich@davispolk.com
john.chapman@davispolk.com

*Attorneys for Defendant Matthew Pavich*

By: */s/ Kevin J. Cammiso*
Kevin J. Cammiso (Admitted Pro Hac Vice)
Kibler Fowler & Cave LLP
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
P: (310) 409-0400
E: kcammiso@kfc.la

*Attorneys for Defendant James Manzello*

WROBEL MARKHAM LLP

By: */s/  Lori P. Hager*
Lori P. Hager, Esq.
1407 Broadway, Suite 4002
New York, NY 10018
(212) 421-8100

*Attorneys for Plaintiff Giacomo Lamparelli*