February 14, 2025

Re: *Lamparelli v. Manzello, et al.*, Case No. 1:23-cv-05281

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Block,

We write on behalf of all the parties in the above-captioned matter to provide an update on the parties' settlement discussions.

On December 16, 2024, the Court ordered the parties to either file their voluntary dismissal or a status report letter as to their settlement by February 14, 2025.

The parties finalized and executed their settlement agreement late in the afternoon today, February 14, 2025, and Plaintiff Lamparelli intends to file a notice of voluntary dismissal shortly.

To provide time for Plaintiff Lamparelli to prepare his notice of dismissal, the parties respectfully request an extension of one week, to Friday, February 21, 2025, of the deadline for submission of a joint proposed case management schedule.

Respectfully submitted,

By: */s/ Amelia T.R. Starr*
Amelia T.R. Starr
Craig T. Cagney
Quentin J. Ullrich
John Chapman III
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
craig.cagney@davispolk.com
amelia.starr@davispolk.com
quentin.ullrich@davispolk.com
john.chapman@davispolk.com

*Attorneys for Defendant Matthew Pavich*

By: */s/ Kevin J. Cammiso*
Kevin J. Cammiso (Admitted Pro Hac Vice)
Kibler Fowler & Cave LLP
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
P: (310) 409-0400
E: kcammiso@kfc.la

*Attorneys for Defendant James Manzello*

WROBEL MARKHAM LLP

By: */s/ Lori P. Hager*
Lori P. Hager, Esq.
1407 Broadway, Suite 4002
New York, NY 10018
(212) 421-8100

*Attorneys for Plaintiff Giacomo Lamparelli*