UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIACOMO LAMPARELLI,<br><br>    *Plaintiff*,<br><br>v.<br><br>JAMES MANZELLO and MATTHEW PAVICH,<br><br>    *Defendants*. | CASE NO. 1:23-CV-05281<br><br>JUDGE FREDRIC BLOCK<br><br>MAGISTRATE JUDGE ROMAN E. REYES, JR. |

## STIPULATION TO DISMISS WITH PREJUDICE

  The parties, by and through counsel, stipulate to dismiss the above-captioned action in its entirety under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The dismissal is *with prejudice* and the parties bear their own fees and costs.

  IT IS SO STIPULATED.

Dated: February 18, 2025

WROBEL MARKHAM LLP

By:  /s/ Lori Hager
   Daniel F. Markham
   Lori Hager
   Jodie Gerard
1407 Broadway, Suite 10018
New York, NY 10018
Tel: (212) 421-8100
dmarkham@wmlawny.com
*Counsel for Plaintiff*
GIACOMA LAMPARELLI

DAVIS, POLK & WARDWELL

By: /s/ Amelia T.R. Starr
   Amelia T.R. Starr
   Quentin J. Ullrich
450 Lexington Ave
New York, NY 10017
212-450-4516
amelia.starr@davispolk.com
*Counsel for Defendant*
MATTHEW PAVICH

KIBLER FOWLER & CAVE LLP

By: /s/ Kevin Cammiso
   Michael S. Carnevale
   Kevin Cammiso

500 Fifth Avenue, 12th Floor.
New York, NY 10110
917-909-6479
mcarnevale@kfc.law
*Counsel for Defendant* JAMES MANZELLO